# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**VINCENT JOHNSON,**

    Petitioner,

v.                                         Case No. 3:16cv591-LC/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    Respondent.

_____/

## ORDER

This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No. 22) dated March 23, 2018, recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. I have made a *de novo* determination of the objections filed.

Having considered the report and recommendation and the objections filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.  The Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed by Petitioner Johnson (ECF No.1) pursuant to 28 U.S.C. § 2254 is **DENIED**. A certificate of appealability and leave to appeal in forma pauperis is also **DENIED**.

4.  The Clerk shall enter judgment and close the file.

**DONE AND ORDERED** this 9th day of April, 2018.

                        s/ *L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**